In the Matter of the Application of ANNA H. McDONALD et al., Appellants, for Construction of the Wills of THOMAS McDONALD and MARY F. CLYNE, Deceased. EDMOND F. CLYNE, Respondent.

*Matter of McDonald* 173 App. Div. 983, affirmed.
(Argued October 3, 1916; decided October 17, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1916, which affirmed a decree of the Kings' County Surrogate's Court made on an application under section 2615 of the Code of Civil Procedure, on behalf of certain of the heirs at law and devisees under the last wills and testaments of Thomas McDonald and Mary F. Clyne, deceased, for a construction of the wills of said deceased in so far as they relate to certain real property described in the petition, and for injunctive relief as against the respondent Edmond F. Clyne, restraining

him from asserting a claim to an estate for life in said real property. As to the latter will the sole question in controversy was as to its containing a valid exercise of the power of appointment contained in the former. The decree appealed from construed the will of said Thomas McDonald adversely to the interests of the petitioners.

*William P. Pickett* for appellants.

*Lewis C. Grover* and *Theodore Burgmyer* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.